B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Seritex Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>36-4080879 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>1064 W. Republic Dr.<br>Addison, IL<br>ZIP Code 60101 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Dupage | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)                                                                                                    Page 2

| Voluntary Petition<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Seritex Inc. |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:   - None - | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)

Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
Seritex Inc.

### Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  /s/ JOSEPH E. COHEN
Signature of Attorney for Debtor(s)

  JOSEPH E. COHEN 3123243
Printed Name of Attorney for Debtor(s)

  Cohen & Krol
Firm Name

  105 West Madison Street
  Suite 1100
  Chicago, IL 60602-4600
Address

  312-368-0300  Fax: 312-368-4559
Telephone Number

  November 19, 2008
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Jose L. Rivera
Signature of Authorized Individual

  Jose L. Rivera
Printed Name of Authorized Individual

  President
Title of Authorized Individual

  November 19, 2008
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____
_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re    Seritex Inc.                                                    Case No.
_____                                  _____
                              Debtor(s)                 Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| A-One Grocery<br>Ficka & Associates<br>11310 S. Orange Blossom Trail #137<br>Orlando, FL 32837 | A-One Grocery<br>Ficka & Associates<br>11310 S. Orange Blossom Trail #137<br>Orlando, FL 32837 | | | 1,500.00 |
| American Express 2295700<br>Zwicker & Associates, PC<br>80 Minutemen Road<br>Andover, MA 01810-1031 | American Express 2295700<br>Zwicker & Associates, PC<br>80 Minutemen Road<br>Andover, MA 01810-1031 | | | 8,491.72 |
| Cbeyond<br>13474 Collection Center Drive<br>Chicago, IL 60693 | Cbeyond<br>13474 Collection Center Drive<br>Chicago, IL 60693 | | | 2,750.77 |
| Concentra<br>ATG Credit, LLC<br>P.O. Box 14895<br>Chicago, IL 60614-4895 | Concentra<br>ATG Credit, LLC<br>P.O. Box 14895<br>Chicago, IL 60614-4895 | medical | | 1,217.99 |
| DHL<br>Worldwide Express<br>130 South Berniston Avenue #700<br>Saint Louis, MO 63105 | DHL<br>Worldwide Express<br>130 South Berniston Avenue #700<br>Saint Louis, MO 63105 | | | 3,317.72 |
| Earthlink<br>CCA 11-34878424<br>700 Longwater Drive<br>Norwell, MA 02061 | Earthlink<br>CCA 11-34878424<br>700 Longwater Drive<br>Norwell, MA 02061 | | | 1,404.85 |
| Envios Express Villa Park<br>424 North Ardmore<br>Villa Park, IL 60181 | Envios Express Villa Park<br>424 North Ardmore<br>Villa Park, IL 60181 | | | 1,723.40 |
| GM Graphics<br>P.O. Box 266<br>531 Clay Street<br>Newaygo, MI 49337 | GM Graphics<br>P.O. Box 266<br>531 Clay Street<br>Newaygo, MI 49337 | | | 1,634.19 |
| Internal Revenue Service<br>Mail Stop 5010 CHI<br>230 South Dearborn Street<br>Chicago, IL 60604 | Internal Revenue Service<br>Mail Stop 5010 CHI<br>230 South Dearborn Street<br>Chicago, IL 60604 | Annual 940 liability | | 1,974.00 |

B4 (Official Form 4) (12/07) - Cont.

In re    Seritex Inc.                                                                                    Case No. _____
                                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Internal Revenue Service<br>Mail Stop 5010 CHI<br>230 South Dearborn Street<br>Chicago, IL 60604 | Internal Revenue Service<br>Mail Stop 5010 CHI<br>230 South Dearborn Street<br>Chicago, IL 60604 | 941 quarterly tax liability | | 78,169.56 |
| National Design<br>San Diego Credit Association<br>2044 First Avenue Suite 300<br>San Diego, CA 92101-2079 | National Design<br>San Diego Credit Association<br>2044 First Avenue Suite 300<br>San Diego, CA 92101-2079 | | | 1,218.56 |
| Nazdar<br>1087 North Branch Street<br>Chicago, IL 60602 | Nazdar<br>1087 North Branch Street<br>Chicago, IL 60602 | | | 7,802.93 |
| Nicor Gas<br>Attention: Bankruptcy Department<br>P.O. Box 549<br>Aurora, IL 60507-0549 | Nicor Gas<br>Attention: Bankruptcy Department<br>P.O. Box 549<br>Aurora, IL 60507-0549 | 151736349<br>$340.66<br>40 32 37 6743 0<br>$935.23 | | 1,275.89 |
| Office Depot<br>Vengroff Williams & Associates, Inc<br>P.O. Box 4155<br>Sarasota, FL 34230 | Office Depot<br>Vengroff Williams & Associates, Inc<br>P.O. Box 4155<br>Sarasota, FL 34230 | | | 2,990.67 |
| Rosalie Freidlin<br>1546 Cuyler Avenue<br>Berwyn, IL 60402 | Rosalie Freidlin<br>1546 Cuyler Avenue<br>Berwyn, IL 60402 | | | 1,500.00 |
| Supermercado LaVilla, Inc<br>Gerald R. Slutsky<br>2531 Queens Way<br>Northbrook, IL 60062 | Supermercado LaVilla, Inc<br>Gerald R. Slutsky<br>2531 Queens Way<br>Northbrook, IL 60062 | | | 5,768.84 |
| Tax Relief<br>Catherine Elliott-Dunne<br>P.O. Box 10371<br>Chicago, IL 60610-0371 | Tax Relief<br>Catherine Elliott-Dunne<br>P.O. Box 10371<br>Chicago, IL 60610-0371 | | | 1,391.30 |
| UPS<br>Allied Interstate, Inc<br>3000 Corp Exchange Drive<br>Columbus, OH 43231 | UPS<br>Allied Interstate, Inc<br>3000 Corp Exchange Drive<br>Columbus, OH 43231 | WF-3430370167<br>$152.64<br>WF-3430471377<br>$261.53<br>WF-3550300680<br>$335.69<br>0345  $2813.27 | | 3,563.13 |
| West Suburban Currency Exchange<br>Mages & Price<br>707 Lake Cook Road Suite 314<br>Deerfield, IL 60015 | West Suburban Currency Exchange<br>Mages & Price<br>707 Lake Cook Road Suite 314<br>Deerfield, IL 60015 | | | 5,337.00 |
| Worldwide Express GL7702<br>NCO Financial Systems Inc<br>507 Prudential Road<br>Horsham, PA 19044 | Worldwide Express GL7702<br>NCO Financial Systems Inc<br>507 Prudential Road<br>Horsham, PA 19044 | | | 3,317.32 |

**B4 (Official Form 4) (12/07) - Cont.**

In re   Seritex Inc.                                             Case No.   _____
                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   November 19, 2008                    Signature   /s/ Jose L. Rivera
                                                        Jose L. Rivera
                                                        President

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6D (Official Form 6D) (12/07)

In re    Seritex Inc.                                                                              Case No. _____
                                                    Debtor                          ,

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
| | | H W J C | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |

__0__    continuation sheets attached

|  | | | | Subtotal (Total of this page) | | | | | |
|  | | | | Total (Report on Summary of Schedules) | | | | 0.00 | 0.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

In re     Seritex Inc.                                                                          ,          Case No. _____
                                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                      Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    Seritex Inc.                                                                    ,    Case No. _____
                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. 4144955-0<br><br>IDES<br>P.O. Box 802551<br>Chicago, IL 60680-2551 | - | | | | | | Unknown | Unknown<br><br>Unknown |
| Account No.<br><br>Internal Revenue Service<br>Mail Stop 5010 CHI<br>230 South Dearborn Street<br>Chicago, IL 60604 | - | | 2006 & 2007<br><br>941 quarterly tax liability | | | | 78,169.56 | 0.00<br><br>78,169.56 |
| Account No.<br><br>Internal Revenue Service<br>Mail Stop 5010 CHI<br>230 South Dearborn Street<br>Chicago, IL 60604 | - | | 2005<br><br>Annual 940 liability | | | | 1,974.00 | 0.00<br><br>1,974.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet  1  of  1  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00<br>80,143.56 | 80,143.56 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 0.00<br>80,143.56 | 80,143.56 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    Seritex Inc.                                                                    Case No. _____
                                                                    ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 48737 | | | | | | | | | |
| A-One Grocery Ficka & Associates 11310 S. Orange Blossom Trail #137 Orlando, FL 32837 | - | | | | | | | | 1,500.00 |
| Account No. 00205-X08470 | | | | | | | | | |
| ADP 1851 North Resler Drive El Paso, TX 79912 | | | | | | | | | 85.00 |
| Account No. 323397 | | | | | | | | | |
| Advertising Specialty Institute P.O. Box 706 Newark, NJ 07101-9911 | - | | | | | | | | 453.40 |
| Account No. 3783 467501 61003 | | | | | | | | | |
| American Express 2295700 Zwicker & Associates, PC 80 Minutemen Road Andover, MA 01810-1031 | - | | | | | | | | 8,491.72 |
| __9__ continuation sheets attached | | | | | Subtotal (Total of this page) | | | | 10,530.12 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        S/N:29730-081118    Best Case Bankruptcy

11/19/08  3:49PM

B6F (Official Form 6F) (12/07) - Cont.

In re    Seritex Inc.                                        ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. IL718274<br><br>AT&T<br>Collection Bureau of America<br>P.O. Box 5013<br>Hayward, CA 94540-5013 | - | | | | | | 260.00 |
| Account No. 1428<br><br>Carlos Torres<br>PLS Financial<br>300 North Elizabeth 4E<br>Chicago, IL 60607 | - | | | | | | 753.72 |
| Account No. 36745<br><br>Cbeyond<br>13474 Collection Center Drive<br>Chicago, IL 60693 | - | | | | | | 2,750.77 |
| Account No. 421509121<br><br>Concentra<br>ATG Credit, LLC<br>P.O. Box 14895<br>Chicago, IL 60614-4895 | - | | medical | | | | 1,217.99 |
| Account No.<br><br>Convenience Store<br>1599 Glen Ellyn Road<br>Glendale Heights, IL 60139 | - | | | | | | 484.21 |

Sheet no. __1__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    5,466.69

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Seritex Inc.                                    ,        Case No. _____
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Currency Exchange PLS Financial 300 North Elizabeth 4E Chicago, IL 60607 | - | | | | | | | 753.72 |
| Account No. 801733158 | | | | | | | | |
| DHL Worldwide Express 130 South Berniston Avenue #700 Saint Louis, MO 63105 | - | | | | | | | 3,317.72 |
| Account No. 1586680 | | | | | | | | |
| DS Waters of North America P.O. Box 5013 Hayward, CA 94540-5013 | - | | | | | | | 656.77 |
| Account No. 4519270 | | | | | | | | |
| Earthlink CCA 11-34878424 700 Longwater Drive Norwell, MA 02061 | - | | | | | | | 1,404.85 |
| Account No. 10370 | | | | | | | | |
| Envios Express Villa Park 424 North Ardmore Villa Park, IL 60181 | - | | | | | | | 1,723.40 |

Sheet no. __2__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,856.46

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Seritex Inc.                                                          ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. 149516 | | | | | | | | |
| Express A Button 28458 Selke Road Dakota, MN 55925 | - | | | | | | | 100.65 |
| Account No. 2945150 | | | | | | | | |
| First Data P.O. Box 2196 Omaha, NE 68103-0196 | - | | | | | | | 96.21 |
| Account No. X6246188-CM-ST740-999 | | | | | | | | |
| G-M Wood Products, Inc IC Systems, Inc 444 Highway 96 East Saint Paul, MN 55164 | - | | | | | | | 245.93 |
| Account No. 20931002 | | | | | | | | |
| GM Graphics P.O. Box 266 531 Clay Street Newaygo, MI 49337 | - | | | | | | | 1,634.19 |
| Account No. 081606 | | | | | | | | |
| H&C Headwear Inc / KC Caps dba Capco Sprortswear 1625 Todd Farm Drive Elgin, IL 60123 | - | | | | | | | 112.22 |

Sheet no. __3__ of __9__ sheets attached to Schedule of                           Subtotal          | 2,189.20
Creditors Holding Unsecured Nonpriority Claims                                (Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Seritex Inc.                                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W | J C | | | | | |
| Account No. 078139 | | | | | | | | |
| Heritage Sportswear P.O. Box 760 102 Reliance Drive Hebron, OH 43025 | - | | | | | | | 59.68 |
| Account No. 15866802397704 | | | | | | | | |
| Hickley Springs P.O. Box 660579 Dallas, TX 75266-0579 | - | | | | | | | 656.77 |
| Account No. 32068 | | | | | | | | |
| Home Pages American Marketing & Publishing 915 East Highway Dekalb, IL 60115 | - | | | | | | | 430.77 |
| Account No. 18776 | | | | | | | | |
| Intercontinental Chemical 4660 Spring Grove Avenue Cincinnati, OH 45232 | - | | | | | | | 201.01 |
| Account No. | | | | | | | | |
| La Fiesta Supermarket 1902 South Elmhurst Road Mount Prospect, IL 60056 | - | | | | | | | 583.83 |

| | | |
| --- | --- | --- |
| Sheet no. __4__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 1,932.06 |

B6F (Official Form 6F) (12/07) - Cont.

In re    Seritex Inc.                                              ,        Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Labor Power 2214 Algonquin Road Rolling Meadows, IL 60008 | - | | | | | | | 963.00 |
| Account No. | | | | 281045237      $298 D87687-00      $323.79 327328027-BP  $319 | | | | |
| Manufacturer's News, Inc 1633 Central Street Evanston, IL 60201-1569 | - | | | | | | | 940.79 |
| Account No. 2945150 | | | | | | | | |
| Merchant Credit Card Processing First National Merchant Solution P.O. Box 2196 Omaha, NE 68103-0196 | - | | | | | | | 84.75 |
| Account No. 577563 103150 | | | | | | | | |
| Monitronics International CMI 4200 International Parkway Carrollton, TX 75007-1906 | - | | | | | | | 349.90 |
| Account No. 13641934 | | | | | | | | |
| National Design San Diego Credit Association 2044 First Avenue Suite 300 San Diego, CA 92101-2079 | - | | | | | | | 1,218.56 |

Sheet no. __5__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,557.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Seritex Inc. _____,    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Nazdar <br> 1087 North Branch Street <br> Chicago, IL 60602 | - | | | | | | 7,802.93 |
| Account No. 99249609977    99250799733 <br><br> NEBS <br> Commercial Recovery Corp <br> P.O. Box 49421 <br> Minneapolis, MN 55449 | - | | | | | | 578.97 |
| Account No. <br><br> Nicor Gas <br> Attention: Bankruptcy Department <br> P.O. Box 549 <br> Aurora, IL 60507-0549 | - | | 151736349     $340.66 <br> 40 32 37 6743 0   $935.23 | | | | 1,275.89 |
| Account No. 6011568100374941 <br><br> Office Depot <br> Vengroff Williams & Associates, Inc <br> P.O. Box 4155 <br> Sarasota, FL 34230 | - | | | | | | 2,990.67 |
| Account No. 00499679 <br><br> Pekin Insurance Group <br> Richard R. Della Croce <br> 9447 West 144th Place <br> Orland Park, IL 60462 | - | | | | | | 1,105.00 |

Sheet no. _6_ of _9_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

13,753.46

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Seritex Inc.                                                    ,   Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 19795650860M 373810 | | | | | | | | |
| Pitney Bowes Credit Managment Corp 07-01705-0 P.O. Box 1396 Madison, CT 06443-1396 | - | | | | | | | 271.67 |
| Account No. SERITEX | | | | | | | | |
| Reboot 605 Saddle Road Wheaton, IL 60187 | - | | | | | | | 160.00 |
| Account No. 2945150 | | | | | | | | |
| Retriever RPSI, Inc P.O. Box 690427 Houston, TX 77269-0427 | - | | | | | | | 101.85 |
| Account No. | | | | | | | | |
| Rosalie Freidlin 1546 Cuyler Avenue Berwyn, IL 60402 | - | | | | | | | 1,500.00 |
| Account No. 08 M 118957 | | | | | | | | |
| Supermercado LaVilla, Inc Gerald R. Slutsky 2531 Queens Way Northbrook, IL 60062 | - | | | | | | | 5,768.84 |

Sheet no. _7_ of _9_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,802.36

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Seritex Inc.                                                    ,   Case No. _____

                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 2008SC7306 <br><br> Tax Relief <br> Catherine Elliott-Dunne <br> P.O. Box 10371 <br> Chicago, IL 60610-0371 | - | | | | | | 1,391.30 |
| Account No. 676578 <br><br> Tradenet 1100251 <br> AIH Receivable Managment Services <br> P.O. Box 70 <br> Mission, KS 66201 | - | | | | | | 210.00 |
| Account No. 135112 <br><br> TSC Apparel 135112 <br> Nationwide Recovery Systems <br> 2304 Tarpley Drive #134 <br> Carrollton, TX 75006 | - | | | | | | 789.35 |
| Account No. <br><br> UPS <br> Allied Interstate, Inc <br> 3000 Corp Exchange Drive <br> Columbus, OH 43231 | - | | WF-3430370167   $152.64 <br> WF-3430471377   $261.53 <br> WF-3550300680   $335.69 <br> 0345  $2813.27 | | | | 3,563.13 |
| Account No. 9708 <br><br> USPS 11519061 <br> Alliance One <br> 6565 Kimball Drive Suite 200 <br> Gig Harbor, WA 98335 | - | | | | | | 963.60 |

Sheet no.  _8_  of  _9_  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,917.38

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Seritex Inc. _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. 08 M3 002313<br><br>West Suburban Currency Exchange<br>Mages & Price<br>707 Lake Cook Road Suite 314<br>Deerfield, IL 60015 | | - | | | | | | 5,337.00 |
| Account No.<br><br>Worldwide Express GL7702<br>NCO Financial Systems Inc<br>507 Prudential Road<br>Horsham, PA 19044 | | - | | | | | | 3,317.32 |
| Account No.<br><br><br> | | | | | | | | |
| Account No.<br><br><br> | | | | | | | | |
| Account No.<br><br><br> | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. _9_ of _9_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 8,654.32 |
| | Total<br>(Report on Summary of Schedules) | 68,659.05 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re    Seritex Inc.                                                    ,     Case No. _____
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

0
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re    Seritex Inc. _____,    Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

0
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Seritex Inc.                                                    Case No.
                                                Debtor(s)    Chapter    11

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___21___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    November 19, 2008                        Signature    /s/ Jose L. Rivera
                                                             Jose L. Rivera
                                                             President

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## Northern District of Illinois

In re    Seritex Inc.

Debtor(s)

Case No.

Chapter    11

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept................................................................ | $ | 7,039.00 |
| Prior to the filing of this statement I have received............................................... | $ | 7,039.00 |
| Balance Due............................................................................................................ | $ | 0.00 |

2. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      Representations of Debtor against Motions for Relief and Motions to Dismiss

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      Representation of the debtors in any dischargeability actions or any other adversary proceeding.

---

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    November 19, 2008

/s/ JOSEPH E. COHEN
JOSEPH E. COHEN 3123243
Cohen & Krol
105 West Madison Street
Suite 1100
Chicago, IL 60602-4600
312-368-0300  Fax: 312-368-4559

---

# United States Bankruptcy Court
## Northern District of Illinois

In re        Seritex Inc.                                                                ,        Case No. _____
Debtor

Chapter_____11_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| None | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___November 19, 2008_____        Signature  /s/ Jose L. Rivera_____
Jose L. Rivera
President

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

___0___  continuation sheets attached to List of Equity Security Holders

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re    Seritex Inc.                                                      Case No.
                                        Debtor(s)          Chapter      11

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                              82

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    November 19, 2008                  /s/ Jose L. Rivera
                                            Jose L. Rivera/President
                                            Signer/Title

A-One Grocery
Ficka & Associates
11310 S. Orange Blossom Trail #137
Orlando, FL 32837


A-One Grocery
1088 West Irving Park Road
Bensenville, IL 60106


ADP
1851 North Resler Drive
El Paso, TX 79912


ADP Payroll Services
100 Northwest Point Blvd
Arlington Heights, IL 60004


Advertising Specialty Institute
P.O. Box 706
Newark, NJ 07101-9911


Advertising Specialty Institute
Lloyd & McDaniel
11405 Park Road Suite 200
Louisville, KY 40223-0200


American Express
P.O. Box 5207
Fort Lauderdale, FL 33310-5207


American Express 2295700
Zwicker & Associates, PC
80 Minutemen Road
Andover, MA 01810-1031


AT&T
Collection Bureau of America
P.O. Box 5013
Hayward, CA 94540-5013


AT&T IL718274
Collection Bureau of America
P.O. Box 5013
Hayward, CA 94540-5013

Carlos Torres
PLS Financial
300 North Elizabeth 4E
Chicago, IL 60607

Cbeyond
13474 Collection Center Drive
Chicago, IL 60693

Concentra
ATG Credit, LLC
P.O. Box 14895
Chicago, IL 60614-4895

Concentra
Occupational Health Centers
P.O. Box 488
Lombard, IL 60148

Convenience Store
1599 Glen Ellyn Road
Glendale Heights, IL 60139

Currency Exchange
PLS Financial
300 North Elizabeth 4E
Chicago, IL 60607

DHL
Worldwide Express
130 South Berniston Avenue #700
Saint Louis, MO 63105

DHL
NCO Financial GL7702
507 Prudential Road
Horsham, PA 19044

DS Waters of North America
P.O. Box 5013
Hayward, CA 94540-5013

Earthlink
CCA 11-34878424
700 Longwater Drive
Norwell, MA 02061

Earthlink
P.O. Box 6452
Carol Stream, IL 60197


Envios Express Villa Park
424 North Ardmore
Villa Park, IL 60181


Express A Button
28458 Selke Road
Dakota, MN 55925


First Data
P.O. Box 2196
Omaha, NE 68103-0196


G-M Wood Products, Inc
IC Systems, Inc
444 Highway 96 East
Saint Paul, MN 55164


GM Graphics
P.O. Box 266
531 Clay Street
Newaygo, MI 49337


GM Graphics
IC Systems Inc X6246188-21
P.O. Box 64378
Saint Paul, MN 55164-0378


H&C Headwear Inc / KC Caps
dba Capco Sprortswear
1625 Todd Farm Drive
Elgin, IL 60123


Heritage Sportswear
P.O. Box 760
102 Reliance Drive
Hebron, OH 43025


Hickley Springs
P.O. Box 660579
Dallas, TX 75266-0579

Hincley Springs 1586680
Collection Bureau of America
P.O. Box 5013
Hayward, CA 94540-5013


Hinkley Springs
DS Waters of North America
P.O. Box 5013
Hayward, CA 94540-5013


Home Pages
American Marketing & Publishing
915 East Highway
Dekalb, IL 60115


Home Pages
P.O. Box 801
Dekalb, IL 60115


IDES
P.O. Box 802551
Chicago, IL 60680-2551


IDES
Attention: Lois Cuevas
260 East Indian Trail Road
Aurora, IL 60505-1733


Intercontinental Chemical
4660 Spring Grove Avenue
Cincinnati, OH 45232


Internal Revenue Service
Mail Stop 5010 CHI
230 South Dearborn Street
Chicago, IL 60604


Internal Revenue Service
Mail Stop 5010 CHI
230 South Dearborn Street
Chicago, IL 60604


Internal Revenue Service
Attention: T. Hartshorn
2001 Butterfield Road Stop 5337
Downers Grove, IL 60515

Internal Revenue Service
Attention: T Hartshorn
2001 Butterfield Road Stop 5337
Downers Grove, IL 60515


La Fiesta Supermarket
1902 South Elmhurst Road
Mount Prospect, IL 60056


Labor Power
2214 Algonquin Road
Rolling Meadows, IL 60008


Manufacturer's News, Inc
1633 Central Street
Evanston, IL 60201-1569


Manufacturers News, Inc
Lathrop & Gage DC AM054
1300 Eye Street NW
Washington, DC 20005


Manufacturs News
RMS
4836 BReckville Road
Richfield, OH 44286


Merchant Credit Card Processing
First National Merchant Solution
P.O. Box 2196
Omaha, NE 68103-0196


Monitronics International
CMI
4200 International Parkway
Carrollton, TX 75007-1906


Monitronics International
8628 Innovation Way
Chicago, IL 60682-0086


National Design
San Diego Credit Association
2044 First Avenue Suite 300
San Diego, CA 92101-2079

National Design
16885 Via Del Campo Ct 300
San Diego, CA 92150-9032


Nazdar
1087 North Branch Street
Chicago, IL 60602


NEBS
Commercial Recovery Corp
P.O. Box 49421
Minneapolis, MN 55449


NEBS
P.O. Box 88042
Chicago, IL 60680-1042


Nicor
Harris & Harris LTD 151736349
600 West Jackson Suite 400
Chicago, IL 60661


Nicor Gas
Attention: Bankruptcy Department
P.O. Box 549
Aurora, IL 60507-0549


Office Depot
Vengroff Williams & Associates, Inc
P.O. Box 4155
Sarasota, FL 34230


Office Depot
P.O. Box 9020
Des Moines, IA 50368-9020


Pekin Insurance
2505 Court Street
Pekin, IL 61558-0001


Pekin Insurance Group
Richard R. Della Croce
9447 West 144th Place
Orland Park, IL 60462

Perkin Insurance Group
Caine & Weiner C197283E
1699 East Woodfield Road
Schaumburg, IL 60173


Pitney Bowes
Credit Managment Corp 07-01705-0
P.O. Box 1396
Madison, CT 06443-1396


Pitney Bowes
P.O. Box 856390
Louisville, KY 40285-6390


Reboot
605 Saddle Road
Wheaton, IL 60187


Retriever
20405 State Highway 249 Suite 700
Houston, TX 77070


Retriever RPSI, Inc
P.O. Box 690427
Houston, TX 77269-0427


Rosalie Freidlin
1546 Cuyler Avenue
Berwyn, IL 60402


Supermercado LaVilla, Inc
Gerald R. Slutsky
2531 Queens Way
Northbrook, IL 60062


Tax Relief
Catherine Elliott-Dunne
P.O. Box 10371
Chicago, IL 60610-0371


Tax Relief Inc
907 East Elm Street Suite 304
Hinsdale, IL 60521

Tradenet
P.O. Box 158
1200 Energy Center Drive
Gardner, KS 66030


Tradenet 1100251
AIH Receivable Managment Services
P.O. Box 70
Mission, KS 66201


TSC Apparel
P.O. Box 632505
Cincinnati, OH 45263-2505


TSC Apparel 135112
Nationwide Recovery Systems
2304 Tarpley Drive #134
Carrollton, TX 75006


UPS
Allied Interstate, Inc
3000 Corp Exchange Drive
Columbus, OH 43231


UPS
Lockbox 577
Carol Stream, IL 60132-0577


UPS
Baker Govern & Baker
77771 West Oakland Park Blvd #240
Fort Lauderdale, FL 33351


USPS
175 South Lincoln Avenue
Addison, IL 60101


USPS 11519061
Alliance One
6565 Kimball Drive Suite 200
Gig Harbor, WA 98335


West Suburban Currency Exchange
Mages & Price
707 Lake Cook Road Suite 314
Deerfield, IL 60015

West Suburban Currency Exchange
1225 Glen Ellyn Road
Glendale Heights, IL 60139


Worldwide Express GL7702
NCO Financial Systems Inc
507 Prudential Road
Horsham, PA 19044