IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Chapter 11 |
| | ) | |
| **SERITEX, INC.**, | ) | No. 08 B 31615 |
| | ) | |
| Debtors. | ) | |

# N O T I C E

TO:     Office of U.S. Trustee, Via CM/ECF System


PLEASE TAKE NOTICE that on the 21st day of December, 2010, at the hour of 10:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable **JACQUELINE P. COX,** Bankruptcy Judge, in Courtroom No. 619, or before such other Judge as may be sitting in her place and stead, U. S. District Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached Motion, at which time and place you may appear, if you so see fit.

　　　　　　　　　　　　　　　　　　　　/s/ Joseph E. Cohen
　　　　　　　　　　　　　　　　　　　　JOSEPH E. COHEN
　　　　　　　　　　　　　　　　　　　　105 West Madison Street, Suite 1100
　　　　　　　　　　　　　　　　　　　　Chicago, IL 60602
　　　　　　　　　　　　　　　　　　　　312/368-0300

STATE OF ILLINOIS   )
　　　　　　　　　　　) SS
COUNTY OF C O O K   )

JOSEPH E. COHEN, being first duly sworn on oath, deposes and states that he served a copy of the foregoing Notice together with a copy of the Motion attached thereto, directed to the persons above, via Electronic System or the U.S. Mails at Chicago, Illinois, this 15th day of December, 2010.

　　　　　　　　　　　　　　　　　　　　/s/ Joseph E. Cohen

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN THE MATTER OF:            )      IN CHAPTER 11
                             )
**SERITEX, INC.,**           )      No. 08 B 31615
                             )
          Debtor(s).         )

## MOTION FOR ENTRY OF FINAL DECREE

TO THE HONORABLE **JACQUELINE P. COX,**
    BANKRUPTCY JUDGE

Now comes SERITEX, INC., Debtor herein, and respectfully represents unto this Honorable Court as follows:

1. That on the 19th day of November, 2008, the above-named Debtor filed the above-captioned Chapter 11 petition.

2. That this Honorable Court entered an Order confirming the Debtor's Plan of Reorganization on May 4, 2010

3. That the Debtor has made the initial distributions due under the Plan.

4. That the Debtor has substantially complied with all of the terms contained in its confirmed Chapter 11 Plan.

WHEREFORE, SERITEX, INC., Debtor herein, prays for the entry of a Final Decree in this matter and an Order directing the Clerk of the United States Bankruptcy Court to close this case, and for such other and further relief as the Court shall deem proper.

                                    SERITEX, INC., Debtor

JOSEPH E. COHEN
GINA B. KROL
COHEN & KROL
105 W. Madison St., Ste 1100        BY:  /s/   JOSEPH E. COHEN
Chicago, IL  60602                           One of Attorneys for Debtor
312/368-0300