IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: | ) IN CHAPTER 11 |
| | ) |
| **SERITEX, INC.,** | ) No. 08 B 31615 |
| | ) |
| Debtor(s). | ) |

## PROOF OF SERVICE

TO: SEE ATTACHED LIST

I, JOSEPH E. COHEN, state that copies of the attached Notice And Motion were sent to all creditors on November 23, 2010 by First Class U.S. Mail to the persons shown on the attached service list.

JOSEPH E. COHEN
COHEN & KROL
105 West Madison St., Suite 1100        BY:/s/ Joseph E. Cohen
Chicago, IL 60602                                    Attorney for Debtor
312/368-0300

Label Matrix for local noticing
0752-1
Case 08-31615
Northern District of Illinois
Chicago
Thu Mar 25 11:22:17 CDT 2010

Seritex Inc.
1064 W. Republic Dr.
Addison, IL 60101-3133

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1704

A-One Grocery
1088 West Irving Park Road
Bensenville, IL 60106-1814

A-One Grocery
Ficka & Associates
11310 S. Orange Blossom Trail #137
Orlando, FL 32837-9421

ACC International
1175 Devin Dr Ste 128
Muskegon, MI 49441-6079

(c)ADP
1851 NORTHWESTERN DR
EL PASO TX 79912-1123

ADP Payroll Services
100 Northwest Point Blvd
Arlington Heights, IL 60007-1018

AT&T
Collection Bureau of America
P.O. Box 5013
Hayward, CA 94540-5013

AT&T IL718274
Collection Bureau of America
P.O. Box 5013
Hayward, CA 94540-5013

Advertising Specialty Institute
Lloyd & McDaniel
11405 Park Road Suite 200
Louisville, KY 40223-2427

Advertising Specialty Institute
P.O. Box 706
Newark, NJ 07101-0706

American Express
Travel Related Svcs Co Inc Corp Card
POB 3001
Malvern, PA 19355 19355-0701

American Express 2295700
Zwicker & Associates, PC
80 Minutemen Road
Andover, MA 01810-1008

American Express Travel Related Svcs Co
Inc Corp Card
c o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

At&t
PO Box 9001309
Louisville, KY 40290-1309

Carlos Torres
PLS Financial
300 North Elizabeth 4E
Chicago, IL 60607-1144

Cbeyond
13474 Collection Center Drive
Chicago, IL 60693-0001

Collection bureau of America
PO Box 5013
Hayward, CA 94540-5013

Concentra
ATG Credit, LLC
P.O. Box 14895
Chicago, IL 60614-0895

Concentra
Occupational Health Centers
P.O. Box 488
Lombard, IL 60148-0488

Convenience Store
1599 Glen Ellyn Road
Glendale Heights, IL 60139-2501

Currency Exchange
PLS Financial
300 North Elizabeth 4E
Chicago, IL 60607-1144

DHL
NCO Financial GL7702
507 Prudential Road
Horsham, PA 19044-2368

DHL
Worldwide Express
130 South Berniston Avenue #700
Saint Louis, MO 63105-1928

DS Waters of North America
P.O. Box 5013
Hayward, CA 94540-5013

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

Earthlink
CCA 11-34878424
700 Longwater Drive
Norwell, MA 02061-1624

Earthlink
P.O. Box 6452
Carol Stream, IL 60197-6452

Envios Express Villa Park
424 North Ardmore
Villa Park, IL 60181-2150

Express A Button
28458 Selke Road
Dakota, MN 55925-4187

First Data
P.O. Box 2196
Omaha, NE 68103-2196

G-M Wood Products, Inc
IC Systems, Inc
444 Highway 96 East
Saint Paul, MN 55127-2557

GM Graphics
IC Systems Inc X6246188-21
P.O. Box 64378
Saint Paul, MN 55164-0378

GM Graphics
P.O. Box 266
531 Clay Street
Newaygo, MI 49337-8521

H&C Headwear Inc / KC Caps
dba Capco Sprortswear
1625 Todd Farm Drive
Elgin, IL 60123-1146

Heritage Sportswear
P.O. Box 760
102 Reliance Drive
Hebron, OH 43025-9204

Hickley Springs
P.O. Box 660579
Dallas, TX 75266-0579

Hincley Springs 1586680
Collection Bureau of America
P.O. Box 5013
Hayward, CA 94540-5013

Hinkley Springs
DS Waters of North America
P.O. Box 5013
Hayward, CA 94540-5013

Home Pages
American Marketing & Publishing
915 East Highway
Dekalb, IL 60115

Home Pages
P.O. Box 801
Dekalb, IL 60115-0801

IDES
Attention: Lois Cuevas
260 East Indian Trail Road
Aurora, IL 60505-1733

IDES
P.O. Box 802551
Chicago, IL 60680-2551

Illinois Department of Employment Security
33 South State Street
Chicago, Illinois 60603-2808

Illinois Dept. Of Revenue
Bankruptcy Section
P O Box 64338
Chicago IL 60664-0338

Intercontinental Chemical
4660 Spring Grove Avenue
Cincinnati, OH 45232-1995

Internal Revenue Service
Attention: T Hartshorn
2001 Butterfield Road Stop 5337
Downers Grove, IL 60515-1050

La Fiesta Supermarket
1902 South Elmhurst Road
Mount Prospect, IL 60056-5712

Labor Power
2214 Algonquin Road
Rolling Meadows, IL 60008-3608

Manufacturer's News, Inc
1633 Central Street
Evanston, IL 60201-1569

Manufacturers News, Inc
Lathrop & Gage DC AM054
1300 Eye Street NW
Washington, DC 20005-3314

Manufacturs News
RMS
4836 BReckville Road
Richfield, OH 44286-9177

Merchant Credit Card Processing
First National Merchant Solution
P.O. Box 2196
Omaha, NE 68103-2196

Monitronics International
8628 Innovation Way
Chicago, IL 60682-0086

Monitronics International
CMI
4200 International Parkway
Carrollton, TX 75007-1930

(c)NEBS
COMMERCIAL RECOVERY CORP
PO BOX 49421
MINNEAPOLIS MN 55449-0421

NEBS
P.O. Box 88042
Chicago, IL 60680-1042

National Design
12121 Scripps Summit Dr
Ste 200
San Diego, CA 92131-4609

National Design
16885 Via Del Campo Ct 300
San Diego, CA 92127-1721

| | | |
|---|---|---|
| National Design<br>San Diego Credit Association<br>2044 First Avenue Suite 300<br>San Diego, CA 92101-2079 | Nazdar<br>1087 North Branch Street<br>Chicago, IL 60642-4292 | Nicor<br>Harris & Harris LTD 151736349<br>600 West Jackson Suite 400<br>Chicago, IL 60661-5675 |
| Nicor Gas<br>Attention: Bankruptcy Department<br>P.O. Box 549<br>Aurora, IL 60507-0549 | Office Depot<br>P.O. Box 9020<br>Des Moines, IA 50368-9020 | Office Depot<br>Vengroff Williams & Associates, Inc<br>P.O. Box 4155<br>Sarasota, FL 34230-4155 |
| Pekin Insurance<br>2505 Court Street<br>Pekin, IL 61558-0001 | Pekin Insurance Group<br>Richard R. Della Croce<br>9447 West 144th Place<br>Orland Park, IL 60462-2543 | Perkin Insurance Group<br>Caine & Weiner C197283E<br>1699 East Woodfield Road<br>Schaumburg, IL 60173-4947 |
| Pitney Bowes<br>Credit Managment Corp 07-01705-0<br>P.O. Box 1396<br>Madison, CT 06443-1396 | Pitney Bowes<br>P.O. Box 856390<br>Louisville, KY 40285-6390 | Reboot<br>605 Saddle Road<br>Wheaton, IL 60187-4653 |
| Retriever<br>20405 State Highway 249 Suite 700<br>Houston, TX 77070-3815 | Retriever RPSI, Inc<br>P.O. Box 690427<br>Houston, TX 77269-0427 | Rosalie Freidlin<br>1546 Cuyler Avenue<br>Berwyn, IL 60402-9936 |
| Supermercado LaVilla, Inc<br>Gerald R. Slutsky<br>2531 Queens Way<br>Northbrook, IL 60062-6542 | TCF National Bank<br>800 Burr Ridge Parkway<br>Burr Ridge, IL 60527-6486 | TSC Apparel<br>P.O. Box 632505<br>Cincinnati, OH 45263-2505 |
| TSC Apparel 135112<br>Nationwide Recovery Systems<br>2304 Tarpley Drive #134<br>Carrollton, TX 75006-2470 | Tax Relief<br>Catherine Elliott-Dunne<br>P.O. Box 10371<br>Chicago, IL 60610-0371 | Tax Relief Inc<br>907 East Elm Street Suite 304<br>Hinsdale, IL 60521-3645 |
| Tradenet<br>P.O. Box 158<br>1200 Energy Center Drive<br>Gardner, KS 66030-1599 | Tradenet 1100251<br>AIH Receivable Managment Services<br>P.O. Box 70<br>Mission, KS 66201-0070 | UPS<br>Allied Interstate, Inc<br>3000 Corp Exchange Drive<br>Columbus, OH 43231-7684 |
| UPS<br>Baker Govern & Baker<br>77771 West Oakland Park Blvd #240<br>Fort Lauderdale, FL 33351 | UPS<br>Lockbox 577<br>Carol Stream, IL 60132-0001 | USPS<br>175 South Lincoln Avenue<br>Addison, IL 60101-5816 |
| USPS 11519061<br>Alliance One<br>6565 Kimball Drive Suite 200<br>Gig Harbor, WA 98335-1206 | West Suburban Currency Exchange<br>1225 Glen Ellyn Road<br>Glendale Heights, IL 60139-3110 | West Suburban Currency Exchange<br>Mages & Price<br>707 Lake Cook Road Suite 314<br>Deerfield, IL 60015-4933 |

| | | |
|---|---|---|
| Worldwide Express GL7702<br>NCO Financial Systems Inc<br>507 Prudential Road<br>Horsham, PA 19044-2368 | XEROX Capital Services LLC<br>Attn Vanessa Adams<br>PO Box 660506<br>Dallas, TX 75266-0506 | Gina B Krol ESQ<br>Cohen & Krol<br>105 West Madison Street #1100<br>Chicago, IL 60602-4600 |
| Joseph E Cohen Atty<br>Cohen & Krol<br>105 West Madison Suite 1100<br>Chicago, IL 60602-4600 | William T Neary<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Yan Teytelman<br>Cohen & Krol<br>105 West Madison St.<br>Suite 1100<br>Chicago, IL 60602-4600 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Department of the Treasury<br>Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 21126<br>Philadelphia PA 19114 | (d)Internal Revenue Service<br>Mail Stop 5010 CHI<br>230 South Dearborn Street<br>Chicago, IL 60604 |

Addresses marked (c) above for the following entity/entities were corrected as required by the USPS Locatable Address Conversion System (LACS).

| | |
|---|---|
| ADP<br>1851 North Resler Drive<br>El Paso, TX 79912 | NEBS<br>Commercial Recovery Corp<br>P.O. Box 49421<br>Minneapolis, MN 55449 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Internal Revenue Service<br>Attention: T. Hartshorn<br>2001 Butterfield Road Stop 5337<br>Downers Grove, IL 60515-1050 | (u)Gregory Ganster | End of Label Matrix<br>Mailable recipients   95<br>Bypassed recipients    2<br>Total                 97 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 11 |
| | ) | |
| **SERITEX, INC.,** | ) | No. 08 B 31615 |
| | ) | |
| Debtor(s). | ) | |

## MOTION FOR ENTRY OF FINAL DECREE

TO THE HONORABLE **JACQUELINE P. COX,**
    BANKRUPTCY JUDGE

Now comes SERITEX, INC., Debtor herein, and respectfully represents unto this Honorable Court as follows:

1. That on the 19th day of November, 2008, the above-named Debtor filed the above-captioned Chapter 11 petition.

2. That this Honorable Court entered an Order confirming the Debtor's Plan of Reorganization on May 4, 2010

3. That the Debtor has made the initial distributions due under the Plan.

4. That the Debtor has substantially complied with all of the terms contained in its confirmed Chapter 11 Plan.

WHEREFORE, SERITEX, INC., Debtor herein, prays for the entry of a Final Decree in this matter and an Order directing the Clerk of the United States Bankruptcy Court to close this case, and for such other and further relief as the Court shall deem proper.

                                                SERITEX, INC., Debtor

JOSEPH E. COHEN
GINA B. KROL
COHEN & KROL
105 W. Madison St., Ste 1100        BY:  /s/  JOSEPH E. COHEN
Chicago, IL  60602                              One of Attorneys for Debtor
312/368-0300